IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REX NICHOLS,

    Petitioner,

      v.

STEVE UPTON,

    Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-2822-TWT

ORDER

This is a pro se petition for writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 8]. As set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, the petition is untimely because it was not filed within the one year period of limitation set forth in 28 U.S.C. § 2244(d). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of May, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge